JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
CHRISTOPHER R. FARNSWORTH, CASB No. 286992
chris.farnsworth@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, California  90802
Telephone:     (562) 436-2000
Facsimile:     (562) 436-7416

Of Counsel:
THOMAS L. TISDALE, CTSB No. 101741, NYFB No. TT5263
ttisdale@tisdale-law.com
(Pro Hac Vice Application to be filed forthwith)
TISDALE LAW OFFICES, LLC
10 Spruce Street
Southport, Connecticut  06890
Telephone:     (203) 254-8474
Facsimile:     (203) 254-1641

Attorneys for Plaintiff
TRANSGROUP EXPRESS, LLC f/k/a
TRANSGROUP EXPRESS, INC. d/b/a
TRANSGROUP WORLDWIDE LOGISTICS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS,<br><br>                              Plaintiff,<br><br>          vs.<br><br>SPACE EXPLORATION TECHNOLOGIES, CORP., d/b/a SPACEX,<br><br>                              Defendant. | Case No. _2:17-cv-1659__<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

KYL4816-2717-7796.1

TO THIS HONORABLE COURT OF RECORD:

   The undersigned, counsel of record for Plaintiff TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS ("Plaintiff") hereby submit this disclosure statement pursuant to Federal Rule of Civil Procedure Rule 7.1:

   1. TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS does not have any corporate parents, affiliates, and/or subsidiaries which are publicly held.

   Plaintiff acknowledges its continuing obligation to file an amended Disclosure Statement upon discovery of any additional relevant information hereto.

DATED:  March 1, 2017    /S/ CHRISTOPHER R. FARNSWORTH
            JAMES A. MARISSEN
            CHRISTOPHER R. FARNSWORTH
            KEESAL, YOUNG & LOGAN

            /S/ THOMAS L. TISDALE
            THOMAS L. TISDALE
            TISDALE LAW OFFICES, LLC,
            Of Counsel

            Attorneys for Plaintiff
            TRANSGROUP EXPRESS, LLC f/k/a
            TRANSGROUP EXPRESS, INC. d/b/a
            TRANSGROUP WORLDWIDE
            LOGISTICS

KYL4816-2717-7796.1