JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
CHRISTOPHER R. FARNSWORTH, CASB No. 286992
chris.farnsworth@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, California  90802
Telephone:    (562) 436-2000
Facsimile:     (562) 436-7416

THOMAS L. TISDALE, CTSB No. 101741, NYFB No. TT5263
ttisdale@tisdale-law.com
(Pro Hac Vice Application to be filed forthwith)
TISDALE LAW OFFICES, LLC
10 Spruce Street
Southport, Connecticut  06890
Telephone:    (203) 254-8474
Facsimile:     (203) 254-1641

Attorneys for Plaintiff
TRANSGROUP EXPRESS, LLC f/k/a
TRANSGROUP EXPRESS, INC. d/b/a
TRANSGROUP WORLDWIDE LOGISTICS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SPACE EXPLORATION TECHNOLOGIES, CORP., d/b/a SPACEX,<br><br>                    Defendant. | Case No. 2:17-cv-1659<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**<br><br>**[L.R. 7.1-1]** |

KYL4845-9549-9844.1

TO THIS HONORABLE COURT OF RECORD:

    The undersigned, counsel of record for Plaintiff TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS ("Plaintiff"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

    1.    Plaintiff TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS; and,

    2.    Defendant SPACE EXPLORATION TECHNOLOGIES, CORP., d/b/a SPACEX.

    Plaintiff acknowledges its continuing obligation to file an amended certification upon discovery of any additional relevant information hereto.

DATED: March 1, 2017

/S/ CHRISTOPHER R. FARNSWORTH
JAMES A. MARISSEN
CHRISTOPHER R. FARNSWORTH
KEESAL, YOUNG & LOGAN

/S/ THOMAS L. TISDALE
THOMAS L. TISDALE
TISDALE LAW OFFICES, LLC,
Of Counsel

Attorneys for Plaintiff
TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS

KYL4845-9549-9844.1