Name and address:
JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
CHRISTOPHER R. FARNSWORTH, CASB No. 286992
chris.farnsworth@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, California 90802

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS, <br><br>Plaintiff(s) <br>v. <br><br>SPACE EXPLORATION TECHNOLOGIES, CORP d/b/a SPACEX <br><br>Defendant(s). | CASE NUMBER <br><br>2:17-CV-01659 <br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Tisdale, Thomas L.                                    of    Tisdale Law Offices, LLC
*Applicant's Name (Last Name, First Name & Middle Initial)*   One Grand Central Place,
                                                              60 East 42nd Street, Suite 1628
(212) 354-0025            (212) 869-0067                      New York, NY 10165
*Telephone Number*        *Fax Number*

ttisdale@tisdale-law.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a
TRANSGROUP WORLDWIDE LOGISTICS

*Name(s) of Party(ies) Represented*     [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

**and designating as Local Counsel**

Farnsworth, Christopher R.                            of    Keesal, Young & Logan
*Designee's Name (Last Name, First Name & Middle Initial)*   A Professional Corporation
                                                              400 Oceangate
286992           (562) 436-2000     (562) 436-7416            Long Beach, CA 90802
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

chris.farnsworth@kyl.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
            [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            [ ] for failure to complete Application: _____
            [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
            [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded [ ] not be refunded.

Dated _____                    _____
                                                **U.S. District Judge/U.S. Magistrate Judge**