JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
CHRISTOPHER R. FARNSWORTH, CASB No. 286992
chris.farnsworth@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, California 90802
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Of Counsel
THOMAS L. TISDALE, CTSB No. 101741, NYFB No. TT5263
ttisdale@tisdale-law.com
(Pro Hac Vice Application to be filed forthwith)
TISDALE LAW OFFICES, LLC
10 Spruce Street
Southport, Connecticut 06890
Telephone: (203) 254-8474
Facsimile: (203) 254-1641

Attorneys for Plaintiff
TRANSGROUP EXPRESS, LLC f/k/a
TRANSGROUP EXPRESS, INC. d/b/a
TRANSGROUP WORLDWIDE LOGISTICS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS,<br><br>Plaintiff,<br><br>vs.<br><br>SPACE EXPLORATION TECHNOLOGIES, CORP., d/b/a SPACEX,<br><br>Defendant. | Case No. 2:17-cv-01659<br><br>**CERTIFICATES OF GOOD STANDING FOR THOMAS L. TISDALE IN REFERENCE TO APPLICATION TO APPEAR *PRO HAC VICE* (Dkt. No. 10)** |

TO THIS HONORABLE COURT AND ALL PARTIES OF RECORD:

With reference to and in supplement to the Application for Non-Resident Attorney Thomas L. Tisdale to Appear In a Specific Case *Pro Hac Vice* as Attorney for Plaintiffs TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS ("Plaintiffs") (Dkt. 10), Plaintiffs hereby submit Mr. Tisdale's Certificates of Good Standing from the states of Connecticut, New York, and Massachusetts, as required by form G-64 (6/16).

DATED: March 23, 2017

/S/ Christopher R. Farnsworth
JAMES A. MARISSEN
CHRISTOPHER R. FARNSWORTH
KEESAL, YOUNG & LOGAN

Attorneys for Plaintiff
TRANSGROUP EXPRESS, LLC f/k/a
TRANSGROUP EXPRESS, INC. d/b/a
TRANSGROUP WORLDWIDE
LOGISTICS

# EXHIBIT A

# *State of Connecticut*

# *Supreme Court*

*I, **Carolyn C. Ziogas**, Acting Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify, that, in the Superior Court at* **New Haven** *on the* **16th** *day of* **November, 1981**

**Thomas L. Tisdale**

*of*

**Fairfield, Connecticut**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*

*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* **March 10, 2017**



*Carolyn C. Ziogas*
*Acting Chief Clerk*

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

**THOMAS LEONARD TISDALE**

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **May 3, 1982**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

March 13, 2017

Clerk of the Court

9243

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-ninth** day of **August** A.D. **2012** , said Court being the highest Court of Record in said Commonwealth:

**Thomas Tisdale**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **seventh** day of **March** in the year of our Lord **two thousand and seventeen.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116