JAMES A. MARISSEN, CASB No. 257699
james.marissen@kyl.com
CHRISTOPHER R. FARNSWORTH, CASB No. 286992
chris.farnsworth@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate
Long Beach, California 90802

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS, Plaintiff(s) v. SPACE EXPLORATION TECHNOLOGIES, CORP., d/b/a SPACEX Defendant(s). | CASE NUMBER  2:17-CV-01659-CAS(FFMx)  (~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Tisdale, Thomas L.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(212) 354-0025     (212) 869-0067
*Telephone Number*     *Fax Number*
ttisdale@tisdale-law.com
*E-Mail Address*

of Tisdale Law Offices, LLC
One Grand Central Place,
60 East 42nd Street, Suite 1628
New York, NY 10165
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a
TRANSGROUP WORLDWIDE LOGISTICS

*Name(s) of Party(ies) Represent*      ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Farnsworth, Christopher R.
*Designee's Name (Last Name, First Name & Middle Initial)*
286992     (562) 436-2000     (562) 436-7416
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*
christopher.farnsworth@kyl.com
*E-Mail Address*

of Keesal, Young & Logan
A Professional Corporation
400 Oceangate
Long Beach, CA 90802
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**   *(signature: Christina A. Snyder)*
**Dated: March 10, 2017**
                                                               **U.S. District Judge**