

SEDGWICK LLP
JAMES A. MARISSEN, State Bar No. 257699
james.marissen@sedgwicklaw.com
2020 Main Street, Suite 1100
Irvine, CA 92614-8234
Tel: 949.852.8200 / Fax: 877.546.3920

SEDGWICK LLP
JAMES F. KUHNE, State Bar No. 251150
jim.kuhne@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Tel: 213,426,6900 / Fax: 877.547.6580

TISDALE LAW OFFICES, LLC (Pro Hac Vice)
THOMAS L. TISDALE, CTSB No. 101741, NYFB No. TT5263
ttisdale@tisdale-law.com
10 Spruce Street
Southport, CT 06890
Tel: 203.254.8474 / Fax: 203.254.1641

Attorneys for Plaintiff TRANSGROUP
EXPRESS, LLC f/k/a TRANSGROUP
EXPRESS, INC. d/b/a TRANSGROUP
WORLDWIDE LOGISTICS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS, <br><br> Plaintiff, <br><br> v. <br><br> SPACE EXPLORATION TECHNOLOGIES, CORP., d/b/a SPACEX, <br><br> Defendant. | Case No. 2:17-cv-01659-CAS-FFM <br><br> The Hon. Christina A. Snyder <br><br><br> **NOTICE OF CHANGE IN COUNSEL** <br><br><br> Complaint Filed:  March 1, 2017 <br> Trial Date:  None Set |
|---|---|

///
///
///

1   TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF

2   RECORD:

3         PLEASE TAKE NOTICE that James A. Marissen, counsel for plaintiff

4   TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a

5   TRANSGROUP WORLDWIDE LOGISTICS ("TransGroup") in this matter, is now

6   a partner of the law firm Sedgwick LLP, which will represent TransGroup.

7   Accordingly, all correspondence, notices of electronic filings, pleadings and/or other

8   court documents for TransGroup should be sent to the following attorneys at the

9   following addresses:

10  James A. Marissen
    Sedgwick LLP
11  2020 Main Street, Suite 1100
    Irvine, CA 92614-8234
12  Telephone: 949.852.8200
    Facsimile: 877.546.3920
13  e-mail: james.marissen@sedgwicklaw.com

14  James F. Kuhne, Jr.
    Sedgwick LLP
15  801 South Figueroa Street, 19th Floor
    Los Angeles, CA  90017-5556
16  Telephone: 213.426.6900
    Facsimile: 877.547.6580
17  e-mail: jim.kuhne@sedgwicklaw.com

18  Thomas L. Tisdale
    Tisdale Law Offices, LLC
19  10 Spruce Street
    Southport, CT 06890
20  Telephone: 203.254.8474
    Facsimile: 203.254.1641
21  e-mail: ttisdale@tisdale-law.com

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1        Keesal, Young & Logan, and attorney Christopher R. Farnsworth are no

2   longer counsel of record for TransGroup in this matter and have requested to be

3   removed from the service list for this action.

4

5   DATED:  May 17, 2017          SEDGWICK LLP

6

7

8                                        By:     /s/ James A. Marissen

                                        James A. Marissen

9                                           James F. Kuhne

10                                          Attorneys for Plaintiff TRANSGROUP

                                        EXPRESS, LLC f/k/a TRANSGROUP

11                                          EXPRESS, INC. d/b/a TRANSGROUP

12                                          WORLDWIDE LOGISTICS

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2   **STATE OF CALIFORNIA, COUNTY OF ORANGE**

3          At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business

4   address is 2020 Main Street, Suite 1100, Irvine, CA 92614-8234.

5          On May 17, 2017, I served true copies of the following document(s) described as **NOTICE OF CHANGE IN COUNSEL** on the interested parties in

6   this action as follows:

7   Christopher R Farnsworth           Former Attorneys for Plaintiff
    Keesal Young and Logan APC          TransGroup Express, LLC f/k/a
8   400 Oceangate                       TransGroup Express, Inc. d/b/a
    Long Beach, CA 90801-1730           TransGroup Worldwide Logistics
9
                                        Telephone: 562.436.2000
10                                       Facsimile: 562.436.7416
                                        Email: chris.farnsworth@kvl.com
11
         **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed
12   the document(s) with the Clerk of the Court by using the CM/ECF system.
    Participants in the case who are registered CM/ECF users will be served by the
13   CM/ECF system.  Participants in the case who are not registered CM/ECF users will
    be served by mail or by other means permitted by the court rules.
14
         I declare under penalty of perjury under the laws of the United States of
15   America that the foregoing is true and correct and that I am employed in the office
    of a member of the bar of this Court at whose direction the service was made.
16
    Executed on May 17, 2017, at Irvine, California.
17

18                                       _Gloria Zwibel_

19                                       Gloria G. Zwibel

20

21

22

23

24

25

26

27

28

84761048v1