# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| TRANSGROUP EXPRESS, LLC, et al. | CASE NUMBER |
| PLAINTIFF(S) | 2:17-cv-1659 |
| v. | |
| SPACE EXPLORATION TECHNOLOGIES, CORP. | WAIVER OF SERVICE OF SUMMONS |
| DEFENDANT(S). | |

TO: Mr. Tisdale / Mr. Marrisen
*(Name of Plaintiff's Attorney or Unrepresented Plaintiff)*

I hereby acknowledge receipt of your request that I waive service of a summons in the above-entitled action. I have also received a copy of the complaint in the action, two copies of this waiver form, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served within 60 days after May 30, 2017_____, or
*(Date Request for Waiver of Service of Summons sent)*
within 90 days after that date if the request was sent outside the United States.

June 2, 2017
Date

Signature
Philip K. Lem
Name (Printed/Typed)

PAYNE & FEARS, 4 Park Plaza, Suite 1100
Street Address (Printed/Typed)

| Irvine | CA | 92614 |
| City | State | Zip Code |
| (949) 851-1100 | | (949) 851-1212 |
| Telephone Number | | FAX Number |

Attorney
Relationship To Entity On Whose Behalf I Am Acting

SPACE EXPLORATION TECHNOLOGIES, CORP.
Name of Party Waiving Service

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and compliant. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of summons was received.

| 84803120v1 CV-108 (6/98) | WAIVER OF SERVICE OF SUMMONS | American LegalNet, Inc.<br>www.FormsWorkflow.com |

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2020 Main Street, Suite 1100, Irvine, CA 92614-8234.

On June 5, 2017, I served true copies of the following document(s) described as **WAIVER OF SERVICE OF SUMMONS** on the interested parties in this action as follows:

Philip K. Lem  
Payne & Fears  
4 Park Plaza, Suite 1100  
Irvine, CA 92614  

*Attorneys for Defendant Space Exploration Technologies, Corp.*

Telephone: (949) 851-1100  
Facsimile: (949) 851-1212

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Sedgwick LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Irvine, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 5, 2017, at Irvine, California.

*Gloria G. Zwibel*  
Gloria G. Zwibel

84825076v1

-1-  
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2020 Main Street, Suite 1100, Irvine, CA 92614-8234.

On June 5, 2017, I served true copies of the following document(s) described as **WAIVER OF SERVICE OF SUMMONS** on the interested parties in this action as follows:

| | |
|---|---|
| James F. Kuhne<br>Sedgwick LLP<br>801 South Figueroa Street, 19th Floor<br>Los Angeles, CA 90017-5556<br><br>Telephone: (213) 426-6900<br>Facsimile: (877) 547-6580<br>Email: jim.kuhne@sedgwicklaw.com | *Attorneys for Plaintiff TransGroup/ Express, LLC f/k/a TransGroup Express, Inc. d/b/a TransGroup Worldwide Logistics* |
| Thomas L. Tisdale<br>Tisdale Law Offices, LLC<br>10 Spruce Street<br>Southport, CT 06890<br><br>Telephone: (203) 254-8474<br>Facsimile: (203) 254-1641<br>Email: ttisdale@tisdale-law.com | *Attorneys for Plaintiff TransGroup/ Express, LLC f/k/a TransGroup Express, Inc. d/b/a TransGroup Worldwide Logistics [Pro Hac Vice]* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 5, 2017, at Irvine, California.

*/s/ Gloria Zwibel*
Gloria G. Zwibel

84825076v1

-2-
CERTIFICATE OF SERVICE