SEDGWICK LLP
JAMES A. MARISSEN, State Bar No. 257699
*james.marissen@sedgwicklaw.com*
CHRISTOPHER R. FARNSWORTH, State Bar No. 286992
*christopher.farnsworth@sedgwicklaw.com*
2020 Main Street, Suite 1100
Irvine, CA 92614-8234
Tel: 949.852.8200 / Fax: 877.546.3920

SEDGWICK LLP
JAMES F. KUHNE, State Bar No. 251150
*jim.kuhne@sedgwicklaw.com*
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Tel: 213,426,6900 / Fax: 877.547.6580

TISDALE LAW OFFICES, LLC (Pro Hac Vice)
THOMAS L. TISDALE, CTSB No. 101741, NYFB No. TT5263
*ttisdale@tisdale-law.com*
10 Spruce Street
Southport, CT 06890
Tel: 203.254.8474 / Fax: 203.254.1641

Attorneys for Plaintiff TRANSGROUP
EXPRESS, LLC f/k/a TRANSGROUP
EXPRESS, INC. d/b/a TRANSGROUP
WORLDWIDE LOGISTICS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS,<br><br>Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES, CORP., d/b/a SPACEX,<br><br>Defendant. | Case No. 2:17-cv-01659-CAS-FFM<br><br>The Hon. Christina A. Snyder<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT NOT MORE THAN 30 DAYS (L.R. 8-3)** |

///

///

The parties, Plaintiff TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS ("TransGroup") and Defendant SPACE EXPLORATION TECHNOLOGIES, CORP., d/b/a SPACEX ("SpaceX") through their undersigned counsel, stipulate to extend the deadline for Defendant to answer, move or otherwise respond to Plaintiff's Complaint from July 31, 2017 to August 30, 2017.

Defendant needs additional time to investigate the details of the claims at issue. Further, the parties would like to assess whether they can achieve early resolution of the suit without the need for further litigation and expense.

Accordingly, the parties stipulate that Defendant shall have to and including Wednesday, August 30, 2017, in which to answer, move or otherwise respond to Plaintiff's Complaint.

DATED: July 26, 2017        PAYNE & FEARS

By:   /s/ Scott O. Luskin
      Scott O. Luskin
      Attorneys for Defendant SPACE
      EXPLORATION TECHNOLOGIES,
      CORP., d/b/a SPACEX

DATED: July 26, 2017        SEDGWICK LLP

By:   /s/ Christopher R. Farnsworth
      James A. Marrisen
      James F. Kuhne
      Christopher R. Farnsworth
      Attorneys for Plaintiff TRANSGROUP
      EXPRESS, LLC f/k/a TRANSGROUP
      EXPRESS, INC. d/b/a TRANSGROUP
      WORLDWIDE LOGISTICS

DATED: July 26, 2017          TISDALE LAW OFFICES, LLC

By:    /s/ Thomas L. Tisdale
Thomas L. Tisdale
Attorneys for Plaintiff TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS

### CERTIFICATION

I, Christopher R. Farnsworth, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Executed on July 26, 2017 at Irvine, California.

   /s/ Christopher R. Farnsworth
Christopher R. Farnsworth

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2020 Main Street, Suite 1100, Irvine, CA 92614-8234.

On July 26, 2017, I served true copies of the following document(s) described as **STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT NOT MORE THAN 30 DAYS (L.R. 8-3)** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 26, 2017, at Irvine, California.

*/s/ Gloria G. Zwibel*
Gloria G. Zwibel

84912310v1

-1-

CERTIFICATE OF SERVICE

**SERVICE LIST**
*TransGroup Express, LLC, etc. v. Space Exploration Technologies, Corp., etc.*
United States District Court, Central District of California
Case No. 2:17-cv-01659-CAS-FFM

| | |
|---|---|
| Philip K. Lem<br>Payne & Fears<br>4 Park Plaza, Suite 1100<br>Irvine, CA 92614 | *Attorneys for Defendant Space Exploation Technologies, Corp.*<br><br>Telephone: (949) 851-1100<br>Facsimile: (949) 851-1212 |
| Thomas L. Tisdale<br>Tisdale Law Offices, LLC<br>10 Spruce Street<br>Southport, CT 06890 | *Attorneys for Plaintiff TransGroup/ Express, LLC f/k/a TransGroup Express, Inc. d/b/a TransGroup Worldwide Logistics [Pro Hac Vice]*<br><br>Telephone: (203) 254-8474<br>Facsimile: (203) 254-1641<br>Email: ttisdale@tisdale-law.com |

84912310v1

-2-

CERTIFICATE OF SERVICE