SEDGWICK LLP
JAMES A. MARISSEN, State Bar No. 257699
*james.marissen@sedgwicklaw.com*
CHRISTOPHER R. FARNSWORTH, State Bar No. 286992
*christopher.farnsworth@sedgwicklaw.com*
2020 Main Street, Suite 1100
Irvine, CA 92614-8234
Tel: 949.852.8200 / Fax: 877.546.3920

SEDGWICK LLP
JAMES F. KUHNE, State Bar No. 251150
*jim.kuhne@sedgwicklaw.com*
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Tel: 213.426.6900 / Fax: 877.547.6580

TISDALE LAW OFFICES, LLC (Pro Hac Vice)
THOMAS L. TISDALE, CTSB No. 101741, NYFB No. TT5263
*ttisdale@tisdale-law.com*
10 Spruce Street
Southport, CT 06890
Tel: 203.254.8474 / Fax: 203.254.1641

Attorneys for Plaintiff TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS,<br><br>Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES, CORP., d/b/a SPACEX,<br><br>Defendant. | Case No. 2:17-cv-01659-CAS-FFM<br><br>The Hon. Christina A. Snyder<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: March 1, 2017<br>Current response date: August 30, 2017<br>New response date: Sept. 29, 2017 |

///

///

85079393v1

-1-

SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

1  The parties, Plaintiff TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP
2  EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS
3  ("TransGroup") and Defendant SPACE EXPLORATION TECHNOLOGIES,
4  CORP., d/b/a SPACEX ("SpaceX") through their undersigned counsel, stipulate to
5  extend the deadline for Defendant to answer, move or otherwise respond to
6  Plaintiff's Complaint from August 30, 2017 to September 29, 2017.

7  Defendant needs additional time to investigate the details of the claims at
8  issue, and Plaintiff needs additional time to finalize the insurance adjustment of the
9  claim. Further, the parties have continually engaged in discussions regarding early
10 resolution of the suit without the need for further litigation and expense. The parties
11 believe that substantial judicial economy will be saved by allowing these
12 discussions to proceed with this additional extension. This is the second extension
13 to respond to the complaint, and the parties seek the extension in good faith.

14 Accordingly, the parties stipulate that Defendant shall have to and including
15 Friday, September 29, 2017, in which to answer, move or otherwise respond to
16 Plaintiff's Complaint.

18 DATED: August 21, 2017           PAYNE & FEARS

                                    By:    /s/ Scott O. Luskin
                                          Scott O. Luskin
                                          Attorneys for Defendant SPACE
                                          EXPLORATION TECHNOLOGIES,
                                          CORP., d/b/a SPACEX

| | | |
|---|---|---|
| DATED: August 21, 2017 | SEDGWICK LLP | |
| | By: | /s/ Christopher R. Farnsworth |
| | | James A. Marrisen |
| | | James F. Kuhne |
| | | Christopher R. Farnsworth |
| | | Attorneys for Plaintiff TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS |
| DATED: August 21, 2017 | TISDALE LAW OFFICES, LLC | |
| | By: | /s/ Thomas L. Tisdale |
| | | Thomas L. Tisdale |
| | | Attorneys for Plaintiff TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS |

## **CERTIFICATION**

I, Christopher R. Farnsworth, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Executed on August 21, 2017 at Irvine, California.

/s/ Christopher R. Farnsworth
Christopher R. Farnsworth

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2020 Main Street, Suite 1100, Irvine, CA 92614-8234.

On August 22, 2017, I served true copies of the following document(s) described as **SECOND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** on the interested parties in this action as follows:

| | |
|---|---|
| Scott O. Luskin<br>Payne & Fears<br>1100 Glendon Avenue, Suite 1250<br>Los Angeles, CA 90024 | *Attorneys for Defendant Space Exploation Technologies, Corp.*<br><br>Telephone: (310) 689-1750<br>Facsimile: (310) 689-1755 |
| Philip K. Lem<br>Payne & Fears<br>4 Park Plaza, Suite 1100<br>Irvine, CA 92614 | *Attorneys for Defendant Space Exploation Technologies, Corp.*<br><br>Telephone: (949) 851-1100<br>Facsimile: (949) 851-1212 |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Sedgwick LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Irvine, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 22, 2017, at Irvine, California.

*Gloria G. Zwibel*
Gloria G. Zwibel

85079393v1

-1-

CERTIFICATE OF SERVICE