# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS,<br><br>   Plaintiff,<br><br>   v.<br><br>SPACE EXPLORATION TECHNOLOGIES, CORP., d/b/a SPACEX,<br><br>   Defendant. | Case No. 2:17-cv-01659-CAS-FFM<br><br>The Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[STIPULATION FILED CONCURRENTLY HEREWITH]<br><br>Complaint Filed:   March 1, 2017<br>Current response date:  August 30, 2017<br>New response date:  Sept. 29, 2017 |

The parties, Plaintiff TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS ("Plaintiff") and Defendant SPACE EXPLORATION TECHNOLOGIES, CORP., d/b/a SPACEX ("Defendant") having so stipulated, and good cause appearing therefor,

IT IS ORDERED that the Defendant may have an extension of time, to and including Friday, September 29, 2017, within which to answer, move or otherwise respond to Plaintiff's Complaint.

Dated: _____   _____
                                                                   Hon. CHRISTINA A. SNYDER
                                                                   Judge, United States District Court