**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS,<br><br>Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES, CORP., d/b/a SPACEX,<br><br>Defendant. | Case No. 2:17-cv-01659-CAS-FFM<br><br>The Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>[STIPULATION FILED CONCURRENTLY HEREWITH]<br><br>Complaint Filed:  March 1, 2017<br>Current response date: August 30, 2017<br>New response date:  Sept. 29, 2017 |

The parties, Plaintiff TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS ("Plaintiff") and Defendant SPACE EXPLORATION TECHNOLOGIES, CORP., d/b/a SPACEX ("Defendant") having so stipulated, and good cause appearing therefor,

IT IS ORDERED that the Defendant may have an extension of time, to and including Friday, September 29, 2017, within which to answer, move or otherwise respond to Plaintiff's Complaint.

Dated: August 23, 2017

_Christina A. Snyder_
Hon. CHRISTINA A. SNYDER
Judge, United States District Court