SEDGWICK LLP
JAMES A. MARISSEN, State Bar No. 257699
*james.marissen@sedgwicklaw.com*
CHRISTOPHER R. FARNSWORTH, State Bar No. 286992
*christopher.farnsworth@sedgwicklaw.com*
2020 Main Street, Suite 1100
Irvine, CA 92614-8234
Tel: 949.852.8200 / Fax: 877.546.3920

TISDALE LAW OFFICES, LLC (Pro Hac Vice)
THOMAS L. TISDALE, CTSB No. 101741, NYFB No. TT5263
*ttisdale@tisdale-law.com*
10 Spruce Street
Southport, CT 06890
Tel: 203.254.8474 / Fax: 203.254.1641

Attorneys for Plaintiff TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS,<br><br>Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES, CORP., d/b/a SPACEX,<br><br>Defendant. | Case No. 2:17-cv-01659-CAS-FFM<br><br>The Hon. Christina A. Snyder<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: March 1, 2017<br>Trial Date: None Set |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

///

///

///

///

85209740v2

-1-

NOTICE OF SETTLEMENT

1      PLEASE TAKE NOTICE that the parties to this action have settled this
2 matter and intend to exchange settlement paperwork and consideration, and to file a
3 dismissal with prejudice of the entire action, within 45 days of the settlement date.
4 The parties would also respectfully request that the Court vacate all deadlines,
5 including Defendant's deadline to respond to the Complaint.

6

7 DATED: September 21, 2017     SEDGWICK LLP

8

9

10                                   By:     /s/ James A. Marissen
11                                       JAMES A. MARISSEN
                                        CHRISTOPHER R. FARNSWORTH
12                                         Attorneys for Plaintiff TRANSGROUP
                                        EXPRESS, LLC f/k/a TRANSGROUP
13                                         EXPRESS, INC. d/b/a TRANSGROUP
                                        WORLDWIDE LOGISTICS
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

85209740v2