SEDGWICK LLP
James A. Marissen, State Bar No. 257699
james.marissen@sedgwicklaw.com
Christopher R. Farnsworth, State Bar No. 286992
christopher.farnsworth@sedgwicklaw.com
2020 Main St., Suite 110, Irvine, CA 92614
Tel: 949.852.8200/Fax: 877.546.3920
JAMES F. KUHNE, State Bar No. 251150
jim.kuhne@sedgwicklaw.com
801 South Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Tel: 213.426.6900 / Fax: 877.547.6580

TISDALE LAW OFFICES, LLC (Pro Hac Vice)
Thomas L. Tisdale, CTSB No. 101741, NYFB No. TT5263
ttisdale@tisdale-law.com
10 Spruce Street, Southport, CT 06890
Tel: 203.254.8474 / Fax: 203.254.1641

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRANSGROUP EXPRESS, LLC f/k/a TRANSGROUP EXPRESS, INC. d/b/a TRANSGROUP WORLDWIDE LOGISTICS<br><br>Plaintiff(s),<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES, CORP., d/b/a SPACEX,<br><br>Defendant(s). | CASE NUMBER<br>2:17-cv-01659-CAS-FFM<br><br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety with prejudice.
☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| November 6, 2017 | /s/ James A. Marissen |
|---|---|
| *Date* | *Signature of Attorney/Party* |

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 2020 Main Street, Suite 1100, Irvine, CA 92614-8234.

On November 6, 2017, I served true copies of the following document(s) described as **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) OR (c)** on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Sedgwick LLP's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Irvine, California.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 6, 2017, at Irvine, California.

_____
Viann M. Corbin

# SERVICE LIST
*TransGroup Express, LLC, etc. v. Space Exploration Technologies, Corp., etc.*
United States District Court, Central District of California
Case No. 2:17-cv-01659-CAS-FFM

| | |
|---|---|
| Scott O. Luskin<br>Payne & Fears<br>1100 Glendon Avenue, Suite 1250<br>Los Angeles, CA 90024 | *Attorneys for Defendant Space Exploation Technologies, Corp.*<br><br>Telephone: (310) 689-1750<br>Facsimile: (310) 689-1755 |
| Philip K. Lem<br>Payne & Fears<br>4 Park Plaza, Suite 1100<br>Irvine, CA 92614 | *Attorneys for Defendant Space Exploation Technologies, Corp.*<br><br>Telephone: (949) 851-1100<br>Facsimile: (949) 851-1212 |
| Thomas L. Tisdale<br>Tisdale Law Offices, LLC<br>10 Spruce Street<br>Southport, CT 06890 | *Attorneys for Plaintiff TransGroup/ Express, LLC f/k/a TransGroup Express, Inc. d/b/a TransGroup Worldwide Logistics [Pro Hac Vice]*<br><br>Telephone: (203) 254-8474<br>Facsimile: (203) 254-1641<br>Email: ttisdale@tisdale-law.com |